



Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT

AUG - 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPA GRIMALDO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>　　　　Defendant. | Case No. CV-04-999 GAF(JC)<br><br>(PROPOSED)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, including the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and Plaintiff's Objections to the Report and Recommendation ("Objections"). The Court has further made a de novo determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

　　　IT IS HEREBY ORDERED that: (1) the decision of the Commissioner of Social Security is affirmed; and (2) Judgment be entered accordingly.

///

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment on counsel for the parties.

DATED: 8/6/08

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE